UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-11418 |
| | | CHAPTER 13 |
| TONY E. ALSIP | | |
| BARBARA E. ALSIP | : | JUDGE BURTON PERLMAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment has been filed in this case.  These Funds are now unclaimed.

<u>Check No.</u>                   <u>Amount</u>
916949                       $2.96

<u>Creditor(s)</u>
Cincinnati Bell Inc.
201 E 4th Street
Cincinnati, Ohio 45202

                                   Respectfully submitted,

                         /s/    <u>Margaret A. Burks, Esq.</u>
                                Margaret A. Burks, Esq.
                                Chapter 13 Trustee
                                Attorney No. OH 0030377

                                Francis J. DiCesare, Esq.
                                Staff Attorney
                                Attorney No. OH 0038798

                                Karolina F. Perr, Esq.
                                Staff Attorney
                                Attorney No. OH 0066193

                                600 Vine Street, Suite 2200
                                Cincinnati, OH 45202
                                (513) 621-4488
                                (513) 621 2643 (Facsimile)
                                mburks@cinn13.org - Correspondence only
                                fdicesare@cinn13.org
                                kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

                                              /s/    Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.

| | |
|---|---|
| Cincinnati Bell Inc.<br>201 E 4th Street<br>Cincinnati, Ohio 45202 | Debtor(s) Counsel<br>HENRY D. ACCIANI, ESQ.<br>2200 KROGER BUILDING<br>1014 VINE STREET<br>CINCINNATI, OH  45202 |
| Debtor(s)<br>TONY E. ALSIP<br>1804 WILLIAMS AVE.<br>NORWOOD, OH  45212<br><br>BARBARA E. ALSIP<br>1449 RANDOM HILL ROAD<br>CINCINNATI, OH  45231 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |
| Cincinnati Bell Inc.<br>221 E. 4th Street<br>ML 347-200<br>Cincinnati, Ohio 45202 | |